```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROY CLARKE, On Behalf of Himself and Others                            :
Similarly Situated,                                                    :
                                                                       :
                            Plaintiff,                                 :    22 Civ. 5082 (JPC)
                                                                       :
              -v-                                                      :    ORDER
                                                                       :
SECURITY KING INTERNATIONAL, LLC, BEE                                  :
AMATO, and AKIVA "DOE",                                                :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff Roy Clarke filed the Complaint in this action on June 16, 2022, Dkt. 1, but the docket reflects that the Complaint was never served on Defendants Bee Amato and Akiva Doe. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed.

Plaintiff must file a letter advising the Court why Plaintiff has failed to serve the summons and Complaint within the 90-day period on Defendants Bee Amato and Akiva Doe, or, if those Defendants have been served, when and in what manner such service was made. If the Court does not receive a letter by September 27, 2022, showing good cause why such service was not made within the 90 days, the Court will dismiss the case against Defendants Bee Amato and Akiva Doe.

SO ORDERED.

Dated: September 20, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge