UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Roy Clarke, on behalf of himself and others similar

**Plaintiff(s),**

1:22 Civ. 05082 (GBl)

- against -

**CLERK'S CERTIFICATE OF DEFAULT**

Security King International LLC, Bee Amato, and

**Defendant(s),**
-------------------------------------------------------------X

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** 6/16/2022 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Security King International LLC **by personally serving** Colleen Banahan **, and proof of service was therefore filed on** 7/20/2022 **, Doc. #(s)** 6-8 **.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

10/3/2022 , 20 22

**RUBY J. KRAJICK**
Clerk of Court

**By:** _____
**Deputy Clerk**