UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Roy Clarke, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

         *Plaintiff*,

  - *against* -

Security King International LLC, Bee Amato, and Akiva "Doe",

         *Defendants*.
-------------------------------------------------------------X

Case No: 1:22-cv-05082

AFFIRMATION OF SERVICE

  **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on October 12, 2022, I have served a true and correct copy of the (i) Court Docket, as of October 12, 2022, by sending the same by overnight mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

       Security King International LLC
       12 College Road
       Monsey, NY 10952

Dated: New York, New York
     October 12, 2022

       By: /s/ Jason Mizrahi, Esq.
         Jason Mizrahi, Esq.
         Levin Epstein & Associates, P.C.
         60 East 42nd Street, Suite 4700
         New York, NY 10165
         Telephone: (212) 792-0048
         Email: Jason@levinepstein.com
         *Attorneys for Plaintiff*

Cc: All parties via ECF