# CAITLIN ROBIN & ASSOCIATES

30 Broad Street, Suite 702  New York, NY 10004  Tel. 646-524-6026  Fax. 929-210-7549
737 Main Street, Suite 201, Buffalo, NY 14203  Tel. 716-771-3082
robinandassociates.com

Misrak B. Clark
Frank A. DiScipio
Korman Kim
Oleksandr Kryvenko
Mark Laughlin
David Lim
Justin M. Loveland
Caitlin Robin
Emma J. Wiegand
Rebecca C. Gioia, Of Counsel

December 15, 2022

**FILED VIA ECF**

Hon. John Cronan, U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:    *Clarke v. Security King International et al.*
              Index No. 1:22-cv-05082-JPC

Dear Judge Cronan,

    Our office has been retained by Defendant Security King International, LLC, in the above-captioned matter. Pursuant to Your Honor's Individual Rules & Practices in Civil Cases, we write to respectfully request (1) a 30-day extension of time for Security King International, LLC, to file a pre-answer motion to dismiss, and (2) an adjournment of the December 15, 2022 hearing on Plaintiff's pending Motion for default judgment.

    An answer to the Complaint was due on or before August 8, 2022. This is the second request for an adjournment and extension of time, the first having been granted.

    Plaintiff consents to the relief sought herein to the extent that Defendant seeks an adjournment of the December 15, 2022 hearing on Plaintiff's pending Motion for default judgment.

    We thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   CAITLIN ROBIN & ASSOCIATES, PLLC

                               By:  _____
                                    Justin M. Loveland

30 Broad Street, Suite 702
New York, New York 10004
(646) 524-6026
caitlin@robinandassociates.com
*Attorneys for Plaintiffs*

cc: All parties (by ECF)

The request is granted. Defendant shall answer or otherwise respond to the Complaint by January 16, 2023. The default judgment hearing scheduled for December 15, 2022 is adjourned *sine die*.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 23.

SO ORDERED.
Date: December 15, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge