```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
ROY CLARKE, On Behalf of Himself and Others                   :
Similarly Situated,                                           :
                                                              :
                            Plaintiff,                        :      22 Civ. 5082 (JPC)
                                                              :
               -v-                                            :      ORDER
                                                              :
SECURITY KING INTERNATIONAL LLC,                              :
                                                              :
                            Defendant.                        :
                                                              :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

Defendant Security King International LLC ("Security King") was served with the Summons and Complaint in this action on July 12, 2022, making its answer due August 2, 2022. Dkt. 6. On October 26, 2022, after Security King had failed to answer or otherwise respond to the Complaint, Plaintiff moved for a default judgment against Security King. Dkt. 16. The Court also set a default judgment hearing for December 15, 2022. Dkt. 14. On December 15, 2022, the date of the scheduled default judgment hearing, counsel appeared for Security King and requested a 30-day extension of time to file a motion to dismiss as well as an adjournment of the default judgment hearing. Dkt. 23. The Court granted those requests that same day, adjourning the default judgment hearing *sine die* and setting a deadline of January 16, 2023 for Security King to answer or otherwise respond to the Complaint. Dkt. 24. Security King, however, still has not responded to the Complaint. In the event that Security King does not file an answer to the Complaint by January 27, 2023, the Court will set a new date for a default judgment hearing in this case. Counsel for Security King is further advised that continued failure to comply with the Court's orders may result in sanctions.

SO ORDERED.

Dated: January 25, 2023
      New York, New York

JOHN P. CRONAN
United States District Judge