UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Roy Clarke, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff,*

    - *against* -

Security King International LLC, Bee Amato, and Akiva "Doe",

                        *Defendants.*
---------------------------------------------------------------X

Case No.: 22-cv-05082

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

       WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendant Security King International LLC (the "Defendant"), having offered to allow Plaintiff Roy Clarke (the "Plaintiff") to take a judgment against the Defendant in this action for the total sum of Six Thousand Five Hundred Dollars and Zero Cents ($6,500.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

       WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

       NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendant's Offer of Judgment.

                                                       LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                       By: _____
                                                       Jason Mizrahi
                                                       60 East 42nd Street, Suite 4700
                                                       New York, NY 10165
                                                       Tel. No.: (212) 792-0048
                                                       Email: Jason@levinepstein.com
                                                       *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.