**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Roy Clarke, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                 *Plaintiff,*

          *- against -*

Security King International LLC, Bee Amato, and Akiva "Doe",

                                 *Defendants.*
-------------------------------------------------------------X

Case No.: 22-cv-05082

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Security King International LLC (the "Defendant"), having offered to allow Plaintiff Roy Clarke ("Plaintiff") to take a judgment against the Defendant in this action for the total sum of Six Thousand Five Hundred Dollars and Zero Cents ($6,500.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendant's offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $6,500.00 as against Defendant.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendant.

Dated: February 17, 2023
       New York, New York

                                                                  JOHN P. CRONAN
                                                        United States District Judge